PS 8
(8-88)

# UNITED STATES DISTRICT COURT
## for the
# NORTHERN DISTRICT OF OHIO

U.S.A. vs. Philip D. Rossi                                                                                             Docket No. 1:08 CR 468

Petition for Action on Conditions of Pretrial Release

COMES NOW Julie Gray, PRETRIAL SERVICES AND PROBATION OFFICER, presenting an official report upon the conduct of defendant Philip D. Rossi, who was placed under pretrial release supervision by the Honorable Christopher A. Boyko sitting in the Court at Cleveland, Ohio, on December 18, 2008, under the following conditions:

- The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

- The defendant shall immediately advise the Pretrial Services Office, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

- The defendant shall refrain from possessing a firearm, destructive device, or dangerous weapon.

- Defendant's travel is restricted to the Northern District of Ohio and/or, subject to further order of the court.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. Section 802 unless prescribed by a licensed medical practitioner.

- The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

- (A) Submit to Pretrial Services supervision by telephone/fax/mail for the limited purpose of confirming residence and employment. Further conditions may be imposed with approval of a judge of the court.

- Not apply for and/or obtain no new passport.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

On February 19, 2009, this officer was informed that the defendant has had continued contact with potential victims in this case. A memorandum of interview by U.S. Postal Inspector T. Sullivan was received, detailing one potential victim's contacts with the defendant, which date as recent as February 17, 2009. The victim reports he has spoken with the defendant five or six times, over the telephone, during 2009.

PRAYING THAT THE COURT WILL ORDER

- (B) Submit to Pretrial Services supervision as directed, and submit to home or employment visits by Pretrial Services as deemed necessary, and promptly inform Pretrial Services of any address, phone number, or employment changes.

- Avoid all contact, directly, or indirectly, with any persons who are, or who may become a victim or potential witness in the subject investigation or prosecution.

ORDER OF COURT

Considered and ordered this 20th day of FEBRUARY, 2009 and ordered filed and made a part of the records in the above case.

*Christopher A. Boyko*
U.S. District Judge/Magistrate

Respectfully,

/s/ Julie A. Gray
U.S. Pretrial Services and Probation Officer

Place:

Date: February 20, 2009